DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AARON MOHANLAL,**
Appellant,

v.

**JOE BRENNAN** et al.,
Appellee.

No. 4D19-3940

[May 27, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-09054910 (13).

Aaron Mohanlal, Okeechobee, pro se.

Robert E. Menje and Joel S. Magolnick of Marko & Magolnick, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***